George C. Glacier, *Respondent, v.* Elizabeth Fogel and others, *Appellants.* — Order of surrogate affirmed, with costs. Opinion by Barnard, P. J.

Barbarer M. Fancher *v.* Oliver Brewster. — Judgment affirmed, with costs, and appeal dismissed for non-submission of papers.

Edward L. Howard and Abraham F. Howard, *Respondents, v.* Samuel Townsend and others, *Appellants.* — Order affirmed, with costs and disbursements. Opinion by Dykman, J. ; Barnard, P. J., not sitting.

The People of the State of New York *ex rel.* Michael McGinnis *v.* The Commissioners of the Department of Fire in Brooklyn. — Order reversed, with ten dollars costs.

The People of the State of New York *ex rel.* James McCormick *v.* The Same. — Order reversed, with ten dollars costs.